■ In the Matter of CUSHAUN SMITH, Respondent, v EBONY HOWARD, Appellant. [978 NYS2d 856]—

Since the order appealed from was made upon the appellant's default, review is limited to matters which were the subject of contest before the Family Court (*see James v Powell*, 19 NY2d 249, 256 n 3 [1967]; *Matter of Angie N.W. [Melvin A.W.]*, 107 AD3d 907 [2013]; *Matter of Brittany C. [Linda C.]*, 67 AD3d 788 [2009]; *Tun v Aw*, 10 AD3d 651, 651-652 [2004]), which, in this case, was the denial of the mother's motion pursuant to CPLR 3211 (a) (7) to dismiss the petition for failure to state a cause of action (*see Delijani v Delijani*, 100 AD3d 823 [2012]; *Matter of Duane S., Jr. [Duane S.]*, 88 AD3d 727 [2011]; *Matter of Paulino v Camacho*, 36 AD3d at 822).

When reviewing a motion to dismiss pursuant to CPLR 3211 (a) (7), we afford the petition a liberal construction, accept the allegations contained therein as true and grant the petitioner the benefit of every favorable inference (*see Matter of Walton v New York State Dept. of Correctional Servs.*, 13 NY3d 475, 484 [2009]; *Matter of Pamela N. v Neil N.*, 93 AD3d 1107, 1108-1109 [2012]). Here, the petition, filed by the father pro se, adequately alleged that the mother had committed the family offense of

menacing in the third degree against the subject child (*see* Penal Law § 120.15; *Matter of Clark v Ormiston*, 101 AD3d 870 [2012]; *Matter of Jeff M. v Christine N.*, 101 AD3d 1426, 1427 [2012]; *Matter of Gil v Gil*, 55 AD3d 1024 [2008]).

The remaining contentions are without merit. Austin, J.P., Sgroi, Cohen and Hinds-Radix, JJ., concur.